# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2007

129807

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 129807
COA: 255257
Wayne CC: 03-013651-01

TAVARIS MARKEITH BLANKS,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 15, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE that part of the judgment of the Court of Appeals that excused the 180-day-rule violation based on the prosecutor's good faith efforts to bring the defendant to trial within 180 days. We REMAND this case to the Court of Appeals for reconsideration in light of *People v Williams,* 475 Mich 245 (2006). In all other respects, leave to appeal is DENIED because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2007

_____
Clerk

s1017